FILED
09 DEC -2 PM 12: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC C. MITCHELL,<br><br>        Petitioner,<br>vs.<br><br>M. MARTEL, Warden, et al.,<br><br>        Respondents. | CASE No. 09cv0518 BEN (LSP)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

  Concurrently herewith, the Court entered judgment denying the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2254; 28 U.S.C. § 2253; Fed.R.App.P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability.

  A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). "The issue of whether to grant a COA 'becomes somewhat more complicated where, as here, the district court dismisses the (claims) based on procedural grounds.'" *Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000), quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In that situation, this Court "must decide whether 'jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right'" and "whether 'jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Id.*

1

09cv0518

1  In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner
2  was denied a constitutional right or that the district court was not correct in its procedural ruling.
3  *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026. Accordingly, the Court hereby **DENIES** a
4  certificate of appealability as to the claims set forth in Petitioner's Petition for Writ of Habeas Corpus.
5  **IT IS SO ORDERED.**
6  DATED: 12/01 , 2009

Hon. Roger T. Benitez
United States District Judge